ELECTRONICALLY FILED
Sep 12 2023
U.S. DISTRICT COURT
Northern District of WV

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

MARSHELLE D. BEAM,

    Plaintiff,

v.                                          Civil Action No.: **1:23-CV-71**
                                                 Judge Thomas S. Kleeh

WALMART, INC., d/b/a
Walmart Supercenter #1544, WAL-MART
STORES EAST, LC, and THF CLARKSBURG
DEVELOPMENT ONE, LLC,

    Defendants.

## NOTICE OF REMOVAL

TO:  Albert Marano, Clerk                       T. Keith Gould, Esq.
        Harrison County Courthouse           The Miley Legal Group, PLLC
        301 West Main Street                    229 W. Main Street, Suite 400
        Clarksburg, WV 26301                   Clarksburg, WV 26301

    In accordance with 28 U.S.C. §§ 1332, 1441, and 1446, you are hereby notified that Defendant, Walmart, Inc., and Defendant Wal-Mart Stores East, LP (incorrectly identified herein as "Wal-Mart Stores East, LC"), have removed the above-captioned case from the Circuit Court of Harrison County, West Virginia, to the United States District Court for the Northern District of West Virginia, Clarksburg Division. In support of this Notice of Removal, Defendant states as follows:

## BACKGROUND

    1.    On or about August 9, 2023, Plaintiff Marshelle D. Beam filed a Complaint in the Circuit Court of Harrison County, West Virginia, Civil Action No. 23-C-162.

    2.    Defendant Walmart, Inc., is a foreign corporation and was served with the Complaint via the West Virginia Secretary of State's Office on or about August 14, 2023.

East, LP, is not at the time of the commencement of this action, nor has it ever been, a citizen of the State of West Virginia. Defendant Wal-Mart Stores East, LP conducts business in Harrison County, West Virginia and none of its members reside in West Virginia.

9. Defendant THF Clarksburg Development One, LLC is a limited liability company organized and existing under the laws of the State of Missouri with its principal place of business in Columbia, Missouri. THF Clarksburg Development One, LLC is not at the time of the commencement of this action, nor has it ever been, a citizen of the State of West Virginia. Defendant THF Clarksburg Development One, LLC, Inc., conducts business in Harrison County, West Virginia, and neither its president nor chief officer resides in West Virginia.

**BASIS OF REMOVAL**

10. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, and this civil action may be removed to this Court by Defendants pursuant to the provisions of U.S.C. § 1441 because it is a civil action between citizens of different states wherein the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

11. Plaintiff and Defendants are citizens of different states.

12. Although Plaintiff did not specifically plead an amount of damages in the Complaint, this case may be removed because Plaintiff's representations clearly indicate that Plaintiff seeks damages in excess of $75,000.00.

13. "A defendant who removes a case from state court in which the damages sought are unspecified, asserting the existence of federal diversity jurisdiction, must prove by the preponderance of the evidence that the value of the matter in controversy exceeds the jurisdictional amount." *Ashworth v. Albers Medical, Inc., et al.*, 395 F. Supp 2d, 395, 413 (S.D. W. Va. 2005).

The jurisdictional minimum may be satisfied by claims of compensatory damages, attorney's fees, and punitive damages. *Id.* at 413-414.

14. In the present case, Plaintiff Marshelle D. Beam seeks damages arising out of an incident wherein she fell on an allegedly defective curb resulting in Plaintiff sustaining "severe and permanent injuries," specifically a trimalleolar fracture of the left lower leg and a fracture of the fifth metatarsal bone in the right foot. Compl. ¶¶11-12. The trimalleolar fracture required an open surgery to repair the damage. ¶12. Plaintiff's counsel further has represented that Plaintiff has incurred medical expenses in excess of $40,000.00 to date. As a result of the alleged incident, Plaintiff Marshelle D. Beam seeks recovery of compensatory damages for past and future medical expenses, loss of household services; past and future pain, suffering, permanent injury, loss of enjoyment of life, emotional distress; and pre-judgment and post judgment interest, attorneys' fees, costs, and expenses. Compl. at 4.

15. Under West Virginia law, Plaintiff's recovery is theoretically unlimited and only a binding stipulation that Plaintiff will not seek nor accept more than $75,000.00 could limit recovery. See *Hicks v. Herbert*, 122 F.Supp2d 699 (S.D.W.Va. 2000). Plaintiff's Complaint contains no such stipulation and also sets forth claims that Plaintiff Marshelle D. Beam's injuries are permanent and will cause her "past and future medical expenses" Plaintiff's counsel further has represented that Plaintiff has incurred medical expenses in excess of $41,300.00 to date. Based on the foregoing, Plaintiff is clearly seeking the recovery of damages in excess of $75,000.00.

16. Further, on August 23, 2023, counsel for the undersigned corresponded with Plaintiff's counsel seeking a binding, written stipulation that Plaintiff's damages did not exceed $75,000.00 and to date the undersigned has received no response from Plaintiffs counsel regarding the same. *See* the attached Exhibit A.

4

17. Therefore, without conceding that Plaintiff is entitled to any damages, which is expressly denied by these Defendants as it relates to their conduct, it is facially apparent by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. If the Court for any reason is inclined to disagree, these Defendants respectfully request the opportunity to conduct jurisdictional discovery to confirm the amount in controversy.

18. As required by 28 U.S.C. §1446(b), this Notice of Removal is filed with this Court within thirty (30) days of receipt of the Complaint by Defendants and, as such, this Notice of Removal has been timely filed.

19. As required by 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon Plaintiff, by and through her attorneys of record, and upon the Clerk of the Circuit Court of Harrison County, West Virginia.

20. Copies of all process, pleadings, and orders received by Defendant in the Circuit Court of Harrison County, West Virginia, Civil Action Number 23-C-162 are attached hereto and incorporated herein as Exhibit B.

21. As required by 28 U.S.C. § 1446(b), all other properly joined and served Defendants consent to removal. THF Clarksburg Development One, LLC's Consent to Removal is attached hereto as Exhibit C.

WHEREFORE, Defendant Walmart, Inc., and Defendant Wal-Mart Stores East, LP respectfully requests that this Court assume full jurisdiction over the cause herein as provided by the law, and that the Circuit Court of Harrison County, West Virginia, proceed no further in the

proceedings. Defendants further demand that the trial of this matter in federal court be heard by a jury.

          WALMART INC., AND
          WAL-MART STORES EAST, LP,
          By Counsel.

/s/ Heather M. Noel_____
Heather M. Noel, W. Va. Bar No. 7814
Sara E. Brown, W. Va. Bar No. 11999
Shuman McCuskey Slicer PLLC
300 Wedgewood Drive, Suite 110
Morgantown, WV 26505
304/291-2702 telephone
304/291-2840 facsimile
hnoel@shumanlaw.com
sebrown@shumanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

MARSHELLE D. BEAM,

    Plaintiff,

v.                                                                                   Civil Action No.  **1:23-CV-71 (Kleeh)**

WAL-MART STORES EAST, LP,
and DS SERVICES OF AMERICA,
INC., d/b/a PRIMO WATER, N.A.,

    Defendants.

<u>**CERTIFICATE OF SERVICE**</u>

      I, Heather M. Noel, counsel for Walmart, Inc., and Wal-Mart Stores East, LC, do hereby certify that on the September 12, 2023, a true copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

T. Keith Gould, Esq.
The Miley Legal Group, PLLC
299 W. Main Street, Suite 400
Clarksburg, WV 26301
*Counsel for Marshelle D. Beam*

/s/ Heather M. Noel_____
Heather M. Noel, W. Va. Bar No. 7814
Sara E. Brown, W. Va. Bar No. 11999
Shuman McCuskey Slicer PLLC
300 Wedgewood Drive, Suite 110
Morgantown, WV 26505
304/291-2702 telephone
304/291-2840 facsimile
hnoel@shumanlaw.com
sebrown@shumanlaw.com