IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

MARSHELLE D. BEAM,

    Plaintiff,

v.                                                          Civil Action No.: 1:23-cv-71
                                                              Judge Thomas S. Kleeh

WALMART, INC., d/b/a
Walmart Supercenter #1544, WAL-MART
STORES EAST, LC, and THF CLARKSBURG
DEVELOPMENT ONE, LLC,

    Defendants.

## FINAL DISMISSAL ORDER

On this date came the parties hereto, by the undersigned counsel, and represented to the Court, by their signatures herein, that all claims and controversies asserted in the above-styled action, have been resolved, and that the parties hereto, therefore jointly move that the above-styled action be dismissed, with prejudice, and each party to bear their own expenses and costs.

WHEREFORE, for good cause shown, and there being no objection thereto, this Court does hereby **ORDER** that the above-styled action shall be and hereby is **DISMISSED WITH PREJUDICE** as to all parties and all claims asserted.

The Court further **ORDERS** that the Clerk of the United States District Court for the Northern District of West Virginia shall provide a copy of this entered Order by filing and service through the Court's CM/ECF system.

ENTER: this 15th day of July, 2024.

_____
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ T. Keith Gould
T. Keith Gould, Esq.
The Miley Legal Group, PLLC
229 W. Main Street, Suite 400
Clarksburg, WV 26301
*Counsel for Marshelle D. Beam*

/s/ Adam M. Barnes
Adam M. Barnes, W. Va. Bar No. 8778
Walsh Barnes, P.C.
2100 Corporate Drive, Suite 300
Wexford, PA 15090
*Counsel for THF Clarksburg Development One, Limited Liability Company*


/s/ Heather M. Noel
Heather M. Noel, W. Va. Bar No. 7814
Sara E. Brown, W. Va. Bar No. 11999
Shuman McCuskey Slicer PLLC
300 Wedgewood Drive, Suite 110
Morgantown, WV 26505
304/291-2702 telephone
304/291-2840 facsimile
hnoel@shumanlaw.com
sebrown@shumanlaw.com